# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Rory Stroklund, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Nabors Drilling USA LP, | ) | |
| | ) | Case No. 4:10-cv-005 |
| Defendant. | ) | |

Before the court is Defendant's mMotion for attorney James M. Cleary, Jr. to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney James M. Cleary, Jr. has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, Defendant's motion (Docket No. 4) is **GRANTED**. Attorney James M. Cleary, Jr. is admitted to practice before this court in the above-entitled action on behalf of Defendant.

**IT IS SO ORDERED.**

Dated this 16th day of February, 2010.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr.
>   United States Magistrate Judge